# Third District Court of Appeal

## State of Florida

Opinion filed November 4, 2020.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-0157
Lower Tribunal No. 15-25618
_____

**Variety Entertainment, Inc., etc., et al.,**
Appellants,

vs.

**Burgstyle Entertainment, LLC, etc., et al.,**
Appellees.

An appeal from the Circuit Court for Miami-Dade County, Jose M. Rodriguez, Judge.

Locke Law, P.A. and Wendell Locke (Plantation), for appellants.

Wolfe Law Miami, P.A. and Richard C. Wolfe, for appellees.

Before FERNANDEZ, MILLER, and BOKOR, JJ.

PER CURIAM.

Affirmed. See Applegate v. Barnett Bank of Tallahassee, 377 So. 2d 1150 (Fla. 1979).